UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAURA KING, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4913** |
| **STATE OF LOUISIANA** | **SECTION "F" (3)** |

## REPORT AND RECOMMENDATION

Om May 14, 2014, the District Court referred the issue of attorneys' fees to this Court. [Doc. #19]. Plaintiffs have informed the Court that they have settled the issue of attorneys' fees with defendant and have filed Laura and Terry's King's Motion for Dismissal. [Doc. #30]. Accordingly,

**IT IS RECOMMENDED** that Laura and Terry's King's Motion for Dismissal [Doc. #30] be GRANTED.

New Orleans, Louisiana, this 5th day of November, 2014.

*[signature: Daniel E. Knowles, III]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**