UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAURA KING, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-4913** |
| **STATE OF LOUISIANA** | **SECTION: "F"(3)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Laura and Terry King's Motion for Dismissal [Doc. #30] is **GRANTED**.

New Orleans, Louisiana, this  4th  day of December, 2014.

_____
**UNITED STATES DISTRICT JUDGE**